# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **JEFFREY SCOTT LEWIS,** | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:17-CV-0917-D |
| | ) |
| **LORIE DAVIS,** *Director*, **TDCJ-CID,** | ) |
| Respondent. | ) |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Signed May 22, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE